# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

United States of America,      )

      )      **ORDER SCHEDULING PRETRIAL**

      )      **STATUS CONFERENCE**

      Plaintiff,      )

      )

      vs.      )

      )      Case No.  1:26-cr-089

Justin Jay Christmann,      )

      )

      Defendant.      )

---

The undersigned shall hold a pretrial status conference with counsel by telephone on October 27, 2026, at 11:45 AM discuss, among other things, the viability of the current trial date.  To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149.  Counsel are strongly encouraged to consult with each other prior to the conference.  This will enable the conference to progress more expeditiously.

      **IT IS SO ORDERED.**

      Dated this 15th day of June, 2026.

      */s/ Clare R. Hochhalter*

      Clare R. Hochhalter, Magistrate Judge

      United States District Court